BENJAMIN F. MILLER, JR. *v.* COLIN C. J. ANGLIKER, M.D., DIRECTOR, WHITING FORENSIC INSTITUTE

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 406, is denied.

*John R. Williams,* in support of the petition.

*Frederick W. Fawcett,* in opposition.

Decided September 24, 1985

NEIL F. PAGANO *v.* BOARD OF EDUCATION OF THE CITY OF TORRINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 1, is denied.

*William J. Tracy,* in support of the petition.

*William H. Narwold,* in opposition.

Decided September 24, 1985

EMERY J. PAVEL *v.* LENA A. PAVEL

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 575, is denied.

*John D. Salling,* in support of the petition.

*Gordon A. Evans,* in opposition.

Decided September 24, 1985